BEFORE THE SECOND DIVISION, MAY 28, 1963

**No. 67774.**—Gimbel Bros., Inc. *v.* United States, protest 61/13969 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited*, and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C.D. 1639), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MAY 28, 1963

**No. 67775.**—Den-Va Co. *v.* United States, protests 58/3613 and 58/10592 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise was previously imported and thereafter exported under lease and reimported, without having been advanced in value or improved in condition, and that the applicable customs regulations have now been complied with, the claim of the plaintiff was sustained.